**John F. RYAN, Plaintiff-Appellee,**

v.

**ALLSTATE INSURANCE COMPANY,**
Defendant-Appellant.

**No. 3, Docket 27442.**

United States Court of Appeals
Second Circuit.

Argued Oct. 5, 1962.

Decided Oct. 5, 1962.

John P. Hale, New York City (Norman Fassler, New York City, on the brief), for plaintiff-appellee.

Edwin R. Wolff, New York City (James B. McLaughlin, New York City, on the brief), for defendant-appellant.

Before LUMBARD, Chief Judge, and FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM.

We affirm in open court the judgment of the district court in favor of the plaintiff and against the Allstate Insurance Company for the reasons stated in the opinion of Judge Cooper, 202 F. Supp. 914 (S.D.N.Y.1962).